David D. Deason (SBN 207733)
e-mail: David@yourlaborlawyers.com
Matthew F. Archbold (SBN 210369)
e-mail: Matthew@yourlaborlawyers.com
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALL-PRO BAIL BONDS, INC., a California corporation; and DOES 1 through 10, inclusive.<br><br>    Defendants. | Case No.: 14-cv-01922-JST<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE MEDIATION**<br><br>Jon S. Tigar<br>U.S. District Court Judge |

Pursuant to the Joint Stipulation to Continue Deadline to Complete Mediation, the Court Orders as follows:

1. That the deadline to complete mediation be extended from November 1, 2014 to March 1, 2015 and that the mediation scheduled for November 18th be rescheduled to a date convenient for the Parties and the assigned mediator.

DATED: November 5, 2014    _____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

1