David D. Deason (SBN 207733)
e-mail: David@yourlaborlawyers.com
Matthew F. Archbold (SBN 210369)
e-mail: Matthew@yourlaborlawyers.com
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL GUTIERREZ,

    Plaintiff,

vs.

ALL-PRO BAIL BONDS, INC., a California corporation; and DOES 1 through 10, inclusive.

    Defendants.

Case No.: 14-cv-01922-JST

**[PROPOSED] ORDER RE JOINT STIPULATION TO CHANGE COURT APPOINTED MEDIATOR OR, IN THE ALTERNATIVE, CONTINUE DEADLINE TO COMPLETE MEDIATION**

Jon S. Tigar
U.S. District Court Judge

Pursuant to the Joint Stipulation to Continue Deadline to Complete Mediation, the Court Orders as follows:

    1.    That Scott Markus be appointed as mediator in this matter and that the mediation scheduled for February 17th with Mr. Markus shall meet the Parties respective ADR obligations;

    ~~or, in the alternative,~~

1

2. ~~That the deadline to complete mediation be extended from March 1, 2015 to May 1, 2015.~~

DATED: January 30, 2015

_____
HON.
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED

Judge Jon S. Tigar