UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL-PRO BAIL BONDS, INC.,<br><br>    Defendant. | Case No. 14-cv-01922-JST<br><br>**ORDER REMOVING CASE FROM COURT-SPONSORED MEDIATION**<br><br>Re: ECF No. 25 |

Pursuant to the parties' stipulation at ECF No. 25, this matter is referred to private mediation. The Court hereby removes this case from the court-sponsored mediation program.

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
JON S. TIGAR
United States District Judge