UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALL-PRO BAIL BONDS, INC.,<br><br>　　　　Defendant. | Case No.  14-cv-01922-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 27 |

　　　　The parties have filed a stipulation of dismissal dated May 16, 2015, stating that they have agreed to a settlement of this action.  ECF No. 27.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　This case has been dismissed with prejudice.  The Clerk shall close the file.

　　　　IT IS SO ORDERED.

Dated: May 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge